BOOZER *v.* BOOZER.

ATKINSON, Presiding Justice. Where there was evidence that the husband was the owner of a $4000 equity in two dwelling houses and a vacant lot on Kirkwood Avenue, S. E., certain tools and equipment used in his business as a plumbing contractor, weekly profits from his business of $200 per week, and that his wife had lived with him for forty years and raised six children, all of whom had reached their majority, and

that she had no independent income and was unable to work; and where the judgment for permanent alimony gave the wife a one-half interest in the equity in the real estate, $25 per week, and $100 as attorney's fees—this court cannot say as a matter of law that the judgment was excessive.

*Judgment affirmed. All the Justices concur.*

No. 17095. JUNE 13, 1950.

*Thomas L. Slappey,* for plaintiff.

*Clarke & Anderson,* defendant.